JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:   702-383-0701
jolson@ocgas.com
mfederico@ocgas.com

Attorneys for Defendants,
PETER ROLSON TOD and
CANEDA FOREST PRODUCTS SALES, LTD.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR SANCHEZ, individually, ALEXANDRA DERBYSHIRE, <br><br> Plaintiffs, <br><br> vs. <br><br> PETER ROLSON TOD, individually; CANFOR CORPORATION, dba CANEDA FOREST PRODUCTS, LTD., A Foreign Corporation; DOES I - X; and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | Case No. 2:12-cv-00870-APG-GWF <br><br> **O R D E R** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between Plaintiffs OSCAR SANCHEZ and ALEXANDRA DERBYSHIRE, by and through their attorneys of record Ryan M. Anderson, Esq. and Nathan Morris, Esq. of MORRIS ANDERSON LAW, and Defendants PETER ROLSON TOD and CANEDA FOREST PRODUCTS SALES, LTD., by and through their attorneys of record Michael A. Federico, Esq., of the law firm of OLSON, CANNON, GORMLEY, ANGULO &

. . .

1  STOBERSKI, that the entire above-entitled matter is hereby dismissed with prejudice.

2  No Trial Date has been set in this matter.

3  DATED this 21 day of July, 2013.    DATED this 20 day of June, 2013.

4  OLSON, CANNON, GORMLEY,    MORRIS ANDERSON LAW
   & DESRUISSEAUX

6  By _____    By _____
7  JAMES R. OLSON, ESQ.    RYAN M. ANDERSON, ESQ.
   Nevada Bar No. 000116    Nevada Bar No. 11040
   MICHAEL A. FEDERICO, ESQ.    NATHAN MORRIS, ESQ.
8  Nevada Bar No. 005946    Nevada Bar No 11847
   9950 West Cheyenne Avenue    2001 S. Maryland Parkway
9  Las Vegas, Nevada 89129    Las Vegas, Nevada 89104
   Attorneys for Defendants,    Attorneys for Plaintiffs
10 PETER ROLSON TOD and    OSCAR SANCHEZ and
   CANEDA FOREST PRODUCTS    ALEXANDRA DERBYSHIRE
11 SALES, LTD.

12  **IT IS HEREBY ORDERED** this 21st day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE